1  THAD A. DAVIS (SBN 220503)
   thad.davis@ropesgray.com
2  ROCKY C. TSAI (SBN 221452)
   rocky.tsai@ropesgray.com
3  ROPES & GRAY LLP
   Three Embarcadero Center, Ste 300
4  San Francisco, California 94111-4006
   Tel:   (415) 315- 6300
5  Fax:   (415) 315-6350

6  HARVEY J. WOLKOFF (Subject to admission *pro hac vice*)
   harvey.wolkoff@ropesgray.com
7  MARK P. SZPAK
   mark.szpak@ropesgray.com
8  LARA A. ORAVEC
   lara.oravec@ropesgray.com
9  ROPES & GRAY LLP
   Prudential Tower, 800 Boylston Street
10 Boston, MA 02199-3600
   Tel:   (617) 951-7606
11 Fax:   (617) 235-0215

12 Attorneys for Defendants

13

                        UNITED STATES DISTRICT COURT
14
                       NORTHERN DISTRICT OF CALIFORNIA
15
                            SAN FRANCISCO DIVISION
16

17

18 | ABRAHAM JAY KAHAN, Individually and on Behalf of All Others Similarly Situated | Case No.   3:11-cv-02256-EMC
19 |                                                                                 | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT**
   |                     Plaintiff,                                                  |
20 |                                                                                 |
   |         vs.                                                                     |
21 |                                                                                 |
22 | SONY COMPUTER ENTERTAINMENT AMERICA LLC and SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC, | Judge: Hon. Edward M. Chen
23 |                                                                                 |
   |                     Defendants,                                                 |
24

25

26     WHEREAS, defendants Sony Computer Entertainment America LLC ("SCEA") and

27 Sony Network Entertainment International LLC ("SNEI"), as well as certain related entities

28

26709346_1.DOC

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO
RESPOND TO COMPLAINT
CASE NO. 3:11-cv-02256-EMC

1  (collectively, the "Sony Defendants"), have been named as defendants in at least twenty-three
2  (23) putative class action lawsuits within this District, to date;

3  WHEREAS, certain of the Sony Defendants have also been named as defendants in at
4  least eighteen (18) putative class action lawsuits pending outside this District, to date;

5  WHEREAS, a motion is currently pending before the Judicial Panel on Multidistrict
6  Litigation (the "JPML") to centralize this and other matters, to which one response has been filed
7  to date, and as to which other responses, including Sony Defendants' response, are due by June 2,
8  2011.

9  WHEREAS, the parties have agreed to the extension of time herein for the defendants in
10  the above-captioned action to move, answer, or otherwise respond to the Complaint, in order to
11  facilitate the scheduling of this matter in coordination with the schedule for the motion before the
12  JPML;

13  NOW, THEREFORE, pursuant to Civil Local Rules 6-1(a), 7-1(a), and 7-12, all parties,
14  by and through their respective counsel, hereby stipulate as follows:

15  The deadline for the defendants to respond to the Complaint in the above-captioned action
16  is extended until and including 30 days after a consolidated complaint is filed in a multidistrict
17  litigation centralizing the above-captioned action with other matters, or if centralization is denied
18  by the JPML, then 30 days from the date of such order denying centralization.
19  ///

1      Either party may seek ex parte relief from this stipulated Order for good cause shown,
2  including, but not limited to, Defendants' filing of a responsive pleading in a related case.

3
4  Dated: May 24, 2011

    SETH M. LEHRMAN
    STEWART JAFFE
    FARMER, JAFFE, WEISSING, EDWARDS,
5      FISTOS & LEHRMAN, P.L.

6

7      By:   /s/ Seth M. Lehrman /s/   [as authorized]
          Seth M. Lehrman
8

    Attorneys for Plaintiff
9      ABRAHAM JAY KAHAN

10

11 Dated: May 24, 2011

    HARVEY WOLKOFF
    THAD A. DAVIS
12     ROCKY C. TSAI
    ROPES & GRAY LLP
13

14
    By:   /s/ Rocky C. Tsai /s/
15           Rocky C. Tsai

16
    Attorneys for Defendants
17     SONY COMPUTER
    ENTERTAINMENT AMERICA LLC;
    SONY NETWORK ENTERTAINMENT
18     INTERNATIONAL LLC

19                    [PROPOSED] ORDER

20 PURSUANT TO STIPULATION, IT IS SO ORDERED.

21
        5/25/11
22 Dated: _____    By: _____
23              U.S. District Court Judge

*IT IS SO ORDERED — Judge Edward M. Chen — United States District Court, Northern District of California*

24
25
26
27
28